## PROPOSED ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| **TO:** | Honorable Patricia Trumbull<br>U.S. Magistrate Judge | **RE:** | Jacob Story |
| **FROM:** | Claudette M. Silvera, Chief<br>U.S. Pretrial Services Officer | **DOCKET NO.:** | CR05-0801 JW |
| **DATE:** | September 18, 2006 | | |

FILED
SEP 19 2006

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Victoria Gibson                                                510-637-3752
U.S. Pretrial Services Officer, Treatment Specialist        TELEPHONE NUMBER

**RE:**  MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

- [ ] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

- [★] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. **5** on **9/21/06** at **1:30pm**.

- [ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
  Magistrate Judge_____  Presiding District Court Judge_____

- [ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

- [ ] Modification(s)
  A.
  B.

- [ ] Bail Revoked/Bench Warrant Issued.

- [ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

- [ ] Other Instructions:

_____
_____

*Patricia V. Trumbull*                                    **9/19/06**
**JUDICIAL OFFICER**                                      **DATE**

Cover Sheet (12/03/02)