1  KEVIN V. RYAN (CABN 118321)
   United States Attorney
2  MARK L. KROTOSKI (CABN 138549)
   Chief, Criminal Division
3  CARLOS SINGH (PASBN 50581)
   Assistant United States Attorney
4
   Attorney for Plaintiff
5  United States of America

6      150 Almanden, Blvd., Suite 900
       San Jose, California  95113
7      Telephone: (408)  535-5065
       Fax: (408) 535-5066
8

9          IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00801-~~RMW~~ JW |
|       Plaintiff, | ) | |
|       v. | ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE TO DECEMBER 11, 2006 |
| JACOB STORY, | ) | |
|       Defendant. | ) | |

16      The parties hereby continue the scheduled November 28, 2006 status conference to

17  December 11, 2006 at 1:30am.  The reason for the continuance is that defense needs the

18  additional time to effectively prepare and government counsel, who is preparing for another trial,

19  needs the additional time to complete a draft plea agreement.  For the reasons stated, the parties

20  stipulate to an exclusion of time from November 28 to December 11, 2006 pursuant to 18 U.S.C.

21  § 3161(h)(8)(A) and (B)(interest of justice and effective preparation).

22

23  _____/S/_____          _____/S/_____
    Bob Kerry,  Esq.                          Carlos Singh
    Counsel for Jacob Story          Assistant United States Attorney
24
    November 28, 2006                 November 28, 2006
25

26  **SO ORDERED.**

27                                        _____
                                          JAMES WARE
28  November  _29_, 2006                United States District Judge