ROBERT E. CAREY, JR., ESQ. (SBN 47556)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA  94302-1040
650/328-5510
650/853-3632 FAX

Attorneys for Defendant,
JACOB STORY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE CR-05-00801 JW |
| Plaintiff, | FINAL STIPULATION TO CONTINUE DATE SET FOR JUDGMENT AND SENTENCING OF JACOB STORY AND [PROPOSED] ORDER THEREON |
| vs. | |
| JACOB STORY | |
| Defendants. | |

It is hereby stipulated by and between counsel for the UNITED STATES OF AMERICA and counsel for Defendant JACOB STORY, that the current date set for judgment and sentence of November 19, 2007 be continued to December 10, 2007, at 1:30 pm.

This continuance is jointly requested by counsel for the parties due to the fact that the Assistant U.S. Attorney, CARLOS SINGH, will be out of town and unavailable on November 19, 2007. Additionally, counsel for the Defendant, JACOB STORY, is awaiting a report from the psychiatrist for Mr. STORY.

///

///

///

1
2        IT IS SO STIPULATED.
3
4   DATE:  November 14, 2007            CAREY & CAREY
5
6                                        /s/
                                        ROBERT E. CAREY, JR., Attorneys for
7                                       Defendant JACOB STORY
8
9   DATED:    11/14    , 2007           UNITED STATES OF AMERICA
10
11
12                                       /s/
                                        CARLOS SINGH, Assistant U.S. Attorney
13
14
                                  ORDER
15
        GOOD CAUSE APPEARING THEREFORE, and upon stipulation of the parties, it
16
    is hereby ordered that the current date set for the judgment and sentencing of JACOB
17
    STORY be continued from November 19, 2007 to December 10, 2007, at 1:30 pm.
18
        IT IS SO ORDERED.   This is the parties' final request for continuance by stipulation.
19  Further requests for continuance shall be made on the Court's record.
20
    DATED:   November 15   , 2007
21
22                                      _____
                                        HON. JAMES WARE
23                                      JUDGE, UNITED STATES DISTRICT COURT
24
25
26
27
28

2
STIPULATION TO CONTINUE DATE SET FOR JUDGMENT AND SENTENCE OF JACOB STORY