ROBERT E. CAREY, JR., ESQ. (SBN 47556)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA 94302-1040
650/328-5510
650/853-3632 FAX

Attorneys for Defendant,
JACOB STORY

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JACOB STORY and MICHAEL CRAWFORD,<br><br>　　　　　Defendants. | CASE CR-05-00801 JW<br><br>STIPULATION TO PERMIT FILING OF PSYCHIATRIC REPORT ON DEFENDANT JACOB STORY **UNDER SEAL** AND [PROPOSED] ORDER THEREON |

It is hereby stipulated by and between counsel for the UNITED STATES OF AMERICA and counsel for Defendant JACOB STORY, that the psychiatric report dated November 28, 2007 prepared by James R. Missett, M.D., Ph.D., on Defendant JACOB STORY be filed **under seal**, to protect the privacy rights of Mr. STORY.

IT IS SO STIPULATED.

DATE: December 5, 2007　　　　　CAREY & CAREY

　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　ROBERT E. CAREY, JR., Attorneys for
　　　　　　　　　　　　　　Defendant JACOB STORY

---
1
STIPULATION TO PERMIT FILING OF PSYCHIATRIC REPORT ON DEFENDANT STORY UNDER SEAL

1 | DATED: ___12/5___, 2007         UNITED STATES OF AMERICA

3 |                                          /s/
4 |                                 CARLOS SINGH, Assistant U.S. Attorney

6 |                                      ORDER

7 | GOOD CAUSE APPEARING THEREFORE, and upon stipulation of the parties, it
8 | is hereby ordered that the psychiatric report dated November 28, 2007 prepared by James
9 | R. Missett, M.D., Ph.D., on Defendant JACOB STORY be filed by the clerk **under seal**.
10 |      IT IS SO ORDERED.

12 | DATED: _Dec 06_, 2007

14 |                                 HON. JAMES WARE
                                     JUDGE, UNITED STATES DISTRICT COURT